Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 23−10217

IN THE MATTER OF:
Andrea Michelle Nash    xxx−xx−5736
3714 Hines Chapel Road
Mc Leansville, NC 27301

  Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 9/5/23

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 9/5/23                                                                OFFICE OF THE CLERK/ kwc